# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART SMITH; FRED HEIDARPOUR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>v.<br><br>VISION SOLAR LLC, and DOES 1 – 10 | CIVIL ACTION<br><br>NO. 20-2185 |

## ORDER

**AND NOW,** this 21st day of September, 2020, upon consideration of Defendant Vision Solar LLC's Motion to Dismiss for Failure to State a Claim (ECF 7), as well as the Response (ECF 8) and Reply (ECF 9) thereto, and for the reasons given in the accompanying Memorandum, it is hereby ORDERED that (1) the Motion to Dismiss is GRANTED and Plaintiffs' claims are dismissed in their entirety without prejudice and (2) Plaintiffs' request for leave to file a second amended complaint is GRANTED, within 14 days.

**BY THIS COURT:**

s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-2185 Smith v Vision Solar\20cv2185 order re mtd 09212020.docx