**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEWART SMITH, FRED HEIDARPOUR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**v.**<br><br>**VISION SOLAR LLC, and DOES 1–10** | **CIVIL ACTION**<br><br>**NO. 20-2185** |

## ORDER

**AND NOW,** this 8th day of December, 2020, upon consideration of Vision Solar's Motion to Dismiss for Failure to State a Claim (ECF 14), as well as Plaintiffs' Response (ECF 15) and Vision Solar's Reply (ECF 16) thereto, and for the reasons given in the accompanying Memorandum, it is hereby ordered that Vision Solar's motion is DENIED.

**BY THIS COURT:**

**s/ Michael M. Baylson**

**MICHAEL M. BAYLSON
United States District Court Judge**

O:\CIVIL 20\20-2185 Smith v Vision Solar\20cv2185 order re 2nd MTD 11242020.docx