**Jeffrey A. Hansen**
**Spring Valley, CA 91977**
**(619) 270-2363**
**Email:  Jeff@TCPAwitness.com**

## SUMMARY OF QUALIFICATIONS:

IT certified professional with over 30 years of extensive troubleshooting experience

## PROFESSIONAL EXPERIENCE:

### Testified in the following:

I have been called to testify in the following civil matters:

1. *Craig Casey v. Valley Center Insurance Agency Inc.*, Case No. 37-2008-00004378-SC-SC-CTL (San Diego Superior Court)
2. *Stemple v. QC Holdings, Inc.*, Case No. 12-CV-1997-CAB-WVG (S.D. Calif.)
3. *Hahn v. Massage Envy Franchising*,  Case No: 3:12-cv-00153-DMS-BGS (S.D. Calif.)
4. *Abdeljalil v. General Electric Capital Corporation*, Case No: 12-cv-02078-JAH-MDD (S.D. Calif.)
5. *Jasminda Webb v. Healthcare Revenue Recovery Group, LLC* Case No: C 13-0737 JD (N.D. Calif.)
6. *Balschmiter v TD Auto Finance, LLC,* Case No: 2:13-cv-01186 (E.D. Wis.)
7. *Jordan Marks v Crunch San Diego, LLC,* Case No. 14-CV-0348-BAS (BLM) (S.D.Calif.)
8. *Peter Olney v Job.com,* Case No: 1:12-cv-01724-LJO-SKO (E.D. Calif.)
9. *Carlos Guarisma v ADCAHB Medical Coverages, Inc. and Blue Cross and Blue Shield of Florida, Inc.*, Case No: 1:13-cv-21016-JLK (S.D. Fla.)
10. *Farid Mashiri v Ocwen Loan Servicing, LLC,* Case No: 3:12-cv-02838 (S.D. Calif.)
11. *Monty J. Booth, Attorney at Law, P.S. v Appstack, Inc.*, Case No. 2:13-cv-01533-JLR (W.D. Wash.)
12. *Rinky Dink, Inc. d/b/a Pet Stop v World Business Lenders, LLC,* Case No. 2:14-cv-00268-JCC (W.D. Wash.)
13. *Michael Reid and Dave Vacarro v. I.C. Sytems, Inc.*, Case No. 2:12-cv-02661-ROS (D. Ariz.)
14. *Jeffrey Molar v NCO Financial Systems* Case No. 3:13-cv-00131-BAS-JLB (S.D. Calif.)
15. *Latonya Simms v Simply Fashion Stores LTD, and ExactTarget, Inc.*, Case No. 1:14-CV-00737-WTL-DKL (D. Ind.)
16. *Sueann Swaney v Regions Bank,* Case No. CV-13-RRA-0544-S (N.D. Ala.)
17. *Hooker v SiriusXM,*  Case No. 4:13-cv-00003 (AWA) (E.D. Va.)
18. *Diana Mey v Frontier Communications,* Case No. 13-cv-01191-RNC (D. Conn.)
19. *Rachel Johnson v Yahoo! Zenaida Calderin v Yahoo!* Case No. 14-cv-2028 14-cv-2753 (N.D. Ill.)
20. *Philip Charvat v Elizabeth Valente,* Case No. 12-cv-5746 (N.D. Ill.)
21. *Robert Zani v Rite Aid Hdqtrs. Corp.*, Case No. 14-cv-9701(AJN)(RLE)(S.D. N.Y.)
22. *A.D. v Credit One Bank* Case No. 1:14-cv-10106 (N.D. Ill.)
23. *Oerge Stoba, and Daphne Stoba v Saveology.com, LLC, Elephant Group, Inc., Time*

*Warner Cable, Inc.* Case No. 13-cv-2925-BAS-NLS (S.D. Calif.)

24. *Shyriaa Henderson v United Student Aid Funds, Inc.* Case Number: 3:13-cv-1845-L-BLM (S.D. Calif.)

25. *Marciano v Fairwinds Financial Services* Case No. 6:15-CV-1907-ORL-41 KRS (M.D. Fla.)

26. *Alice Lee v Global Tel\*Link Corporation* Case No. 2:15-cv-02495-ODW-PLA [consolidated with 2:15-cv-03464-ODW-PLA (C.D. Calif.)

27. *Alan Brinker v Normandin's* Case No. 5:14-cv-03007-EJD-HRL (N.D. Calif.)

28. *Spencer Ung v Universal Acceptance Corporation,* Case No. 15cv127 RHK/FLN (D. Minn.)

29. *Seana Goodson v Designed Receivable Solutions,* Case No. 2:15-cv-03308-MMM-JPR (C.D. Calif.)

30. *Dominguez v Yahoo!, Inc.,* Case No. 2:13-cv-01887 (E.D. Pa.)

31. *Eli Ashkenazi v Bloomingdales, Inc.,* Case No. 3:15-cv-02705-PGS-DEA (D. N.J.)

32. *Abante Rooter and Plumbing, Inc. v Birch Communications, Inc.* Case No. 1:15-cv-03562 (N.D. Ga.)

33. *Roark v Credit One Bank,* Case No. 0:16-cv-00173-RHK-FLN (D.Minn.)

34. *Carl Lowe And Kearby Kaiser v CVS Pharmacy, Inc., Minuteclinic, LLC, and West Corporation,* Case No. 1:14-cv-03687 (N.D. Ill.)

35. *Zaklit v Nationstar Mortgage, LLC.,* Case No. 5:15-CV-02190-CAS-KK (C.D. Calif.)

36. *Charles Banks v Conn Appliance, Inc.,* Case No. 01-16-0001-0736 (American Arbitration Association)

37. *Rajesh Verma v Memorial Healthcare Group,* Case No. 3:16-CV-00427-HLA-JRK (M.D. Fla.)

38. *Herrick v Godaddy.com,* Case No. 2:16-cv-00254-DJH (D.Ariz.)

39. *In Re: Monitronics International, Inc., Telephone Consumer Protection Act Litigation,* Case No. 1:13-md-02493-IMK-JSK (N.D.W.Va.)

40. *Diana Mey v Ventura Data, LLC And Public Opinion Strategies,* Case No. 5:14-CV-123 (N.D.W.Va.)

41. *Lucero v Conn Appliances,* Case No. 01-16-0004-7141 (American Arbitration Association)

42. *Dennis v Progressive Leasing,* Case No. 01-16-0002-8798 (American Arbitration Association – Final Hearing)

43. *Shani Marcus and Frieda Esses Ashkenazi v CVS Pharmacy, Inc.,* Case No.: 3:15-cv-259 PGS-LHG (D. N.J.)

44. *Donnell Webster v Conn Appliances, Inc.,* Case No.: 01-16-0003-3774 (American Arbitration Association - Final Hearing)

45. *Snyder v Ocwen Loan Servicing,* Case No.: 1:14-cv-08461 (N.D. Ill.)

46. *Shamara Abrahams v First Premier Bank,* Case No. 01-16-0003-8128 (American Arbitration Association - Final Hearing)

47. *Wooten v Conn Appliances, Inc.,* Case No.: 01-16-0003-5557 (American Arbitration Association – Final Hearing)

48. *Sandra Westand Hector Membreno v California Service Bureau,* Case No.: 4:16-cv-03124-YGR (N.D. Calif.)

49. *Summers v Conn Appliances,* Case No.: 01-16-0004-1183 (American Arbitration Association - Final Hearing)

50. *Sheena Raffin v Medicredit,* Case No.: 2:15-cv-04912-GHK (C.D. Calif.)

51. *Verina Freeman and Valecea Diggs v Wilshire Commercial Capital,* Case No.: 2:15-cv-01428-WBS-AC (E.D. Calif.)

52. *Tomeo v Citigroup*, Case No.: 1:13-cv-04046 (N.D. Ill.)
53. *Douglas Jurist v Receivables Performance Management, LLC*, Case Number 1240022589 (JAMS Arbitration)
54. *April Turner v Credit One Bank, N.A.*, Case No. 1440005239 (Arbitration Tribunals of JAMS - Final Hearing)
55. *Frederick Luster and Narval Mangal v Green Tree Serivicing. LLC*, Case No. 1:14-cv-01763-ELR (N.D. Ga.)
56. *Jonathan Greisen v Credit One Bank* (JAMS Arbitration)
57. *Isaac Saucedo v Credit One Bank* (JAMS Arbitration)
58. *Naomi Blocker v Credit One Bank* (JAMS Arbitration)
59. *Winston Edwards III v Credit One Bank*, Case No. 1260004354 (JAMS Arbitration)
60. *Timothy Levis Johnson v Credit One Bank* (JAMS Arbitraion)
61. *William Boden and Debra Boden v Credit One Bank*, Case Nos: 1220054604/1220054605 (JAMS Arbitration – Final Hearing)
62. *Rebecca Sanders v Credit One Bank*, Case No.: 01-17-0001-6599 (American Arbitration Association - Final Hearing)

63. Donna Ace v. Credit One Bank (JAMS Arbitration)..
64. Lynette Alomar v. Credit One Bank (JAMS Arbitration)..
65. Tonya Anderson v. Credit One Bank (JAMS Arbitration)..
66. Gregory Andrews v. Credit One Bank (JAMS Arbitration)..
67. Alyce Baker v. Credit One Bank (JAMS Arbitration)..
68. Terry Bardwell v. Credit One Bank (JAMS Arbitration)..
69. Joshua Bare v. Credit One Bank (JAMS Arbitration)..
70. Lori Bason v. Credit One Bank (JAMS Arbitration)..
71. Christopher Batch v. Credit One (JAMS Arbitration)..
72. Tiffany Battle v. Credit One (JAMS Arbitration)..
73. Jean Bellingrodt v. Credit One Bank (JAMS Arbitration)..
74. Carolyn Bennett v. Credit One Bank (JAMS Arbitration)..
75. Shady Bennett v. Credit One Bank (JAMS Arbitration)..
76. Kelly Benson v. Credit One Bank (JAMS Arbitration)..
77. Dawn Berkey v. Credit One Bank (JAMS Arbitration)..
78. Sherry Best v. Credit One Bank (JAMS Arbitration)..
79. Daniel Blashack v. Credit One (JAMS Arbitration)..
80. Edith Blashack vs. Credit One (JAMS Arbitration)..
81. Takia Brandon v. Credit One (JAMS Arbitration)..
82. Jeffrey Brown v. Credit One Bank (JAMS Arbitration)..
83. Karen Brown v. Credit One (JAMS Arbitration)..
84. Rebecca Burt v. Credit One Bank (JAMS Arbitration)..
85. Jennifer Burton v. Credit One Bank (JAMS Arbitration)..
86. Janice Bushey v. Credit One Bank (JAMS Arbitration)..
87. Matthew Byers v. Credit One Bank (JAMS Arbitration)..
88. Darrell Byrom v. Credit One Bank (JAMS Arbitration)..
89. Eric Carlstedt v. Credit One Bank (JAMS Arbitration)..
90. Ronald Carnes v. Credit One Bank (JAMS Arbitration)..
91. Michelle Carter v. Credit One Bank (JAMS Arbitration)..
92. Brandon Chapman v. Credit One Bank (JAMS Arbitration)..
93. Derek Chism v. Credit One Bank (JAMS Arbitration)..
94. Bernard Combs v. Credit One Bank (JAMS Arbitration)..

95. Linda Cooper v. Credit One Bank (JAMS Arbitration)..
96. Janice Crenshaw v. Credit One Bank (JAMS Arbitration)..
97. Christopher Crisona v. Credit One Bank (JAMS Arbitration)..
98. Brent Crompton v. Credit One Bank (JAMS Arbitration)..
99. Teresa Cruz v. Credit One Bank (JAMS Arbitration)..
100. Lisa Currey v. Credit One Bank (JAMS Arbitration)..
101. Kenneth Curtis v. Credit One Bank (JAMS Arbitration)..
102. Melissa Damron v. Credit One Bank (JAMS Arbitration)..
103. Mike Dane v. Credit One Bank (JAMS Arbitration)..
104. Ayanna Davis v. Credit One Bank (JAMS Arbitration)..
105. Bruce Davis v. Credit One Bank (JAMS Arbitration)..
106. Matthew Day v. Credit One Bank (JAMS Arbitration)..
107. Angela Deal v. Credit One Bank (JAMS Arbitration)..
108. Bettina Deleon v. Credit One Bank (JAMS Arbitration)..
109. Nathaniel and Rowena Depano v. Credit One Bank (JAMS Arbitration)..
110. Melissa Dibenedetto v. Credit One (JAMS Arbitration)..
111. Juan Dillon v. Credit One Bank (JAMS Arbitration)..
112. Sarah Peacock v. Credit One Bank (JAMS Arbitration)..
113. Kristina Dorffer v. Credit One Bank (JAMS Arbitration)..
114. Michael Dorsey v. Credit One Bank (JAMS Arbitration)..
115. Dacia Drury v. Credit One Bank (JAMS Arbitration)..
116. Kelly Dubel v. Credit One Bank (JAMS Arbitration)..
117. Winston Edwards III v. Credit One Bank (JAMS Arbitration)..
118. Kristi Evans v. Credit One Bank (JAMS Arbitration)..
119. Herby Fequiere v. Credit One Bank (JAMS Arbitration)..
120. Patrick Fitch v. Credit One Bank (JAMS Arbitration)..
121. Sharon Flowers v. Credit One Bank (JAMS Arbitration)..
122. Michelle Fong v. Credit One Bank (JAMS Arbitration)..
123. Joy Williams Frazier v. Credit One Bank (JAMS Arbitration)..
124. Carol Galanos v. Credit One Bank (JAMS Arbitration)..
125. Lizette Garcia v. Credit One Bank (JAMS Arbitration)..
126. Olivia Garcia v. Credit One Bank (JAMS Arbitration)..
127. Corey Gill v. Credit One Bank (JAMS Arbitration)..
128. Amy Goetting v. Credit One Bank (JAMS Arbitration)..
129. Angel Gomez v. Credit One Bank (JAMS Arbitration)..
130. Derik Gonzalez v. Credit One Bank (JAMS Arbitration)..
131. Moises Govea v. Credit One Bank (JAMS Arbitration)..
132. Tonya Greer v. Credit One Bank (JAMS Arbitration)..
133. Melissa Grose v. Credit One Bank (JAMS Arbitration)..
134. Laurie Guerrattaz v. Credit One Bank (JAMS Arbitration)..
135. Scott Guntle v. Credit One Bank (JAMS Arbitration)..
136. Arlinda Hairston v. Credit One Bank (JAMS Arbitration)..
137. Bartley Harper v. Credit One Bank (JAMS Arbitration)..
138. Terrance Harris v. Credit One Bank (JAMS Arbitration)..
139. Cindy Hawkins v. Credit One Bank (JAMS Arbitration)..
140. Daniel Hawkins v. Credit One Bank (JAMS Arbitration)..
141. Tara Hicks v. Credit One Bank (JAMS Arbitration)..
142. Theresa Hill v. Credit One Bank (JAMS Arbitration)..
143. Troy and Tammy Hill v. Credit One Bank (JAMS Arbitration)..

144. Gary and Angela Hlavacek v. Credit One Bank (JAMS Arbitration)..
145. Virginia Hubbell v. Credit One Bank (JAMS Arbitration)..
146. Ashley Jackson v. Credit One Bank (JAMS Arbitration)..
147. Joseph James v. Credit One Bank (JAMS Arbitration)..
148. Donald Johnson v. Credit One Bank (JAMS Arbitration)..
149. Janet Johnson v. Credit One Bank (JAMS Arbitration)..
150. John Johnson v. Credit One Bank (JAMS Arbitration)..
151. Sonya Johnson v. Credit One Bank (JAMS Arbitration)..
152. Stephanie Johnson v. Credit One Bank (JAMS Arbitration)..
153. Kenneth Jones v. Credit One Bank (JAMS Arbitration)..
154. Michael and Marianne Jordan v. Credit One Bank (JAMS Arbitration)..
155. Robert Ketterman v. Credit One Bank (JAMS Arbitration)..
156. Leila Kier v. Credit One Bank (JAMS Arbitration)..
157. Samantha King v. Credit One Bank (JAMS Arbitration)..
158. Jessica Kirksey v. Credit One Bank (JAMS Arbitration)..
159. Angelica Korchmaros v. Credit One Bank (JAMS Arbitration)..
160. Yaroslav Kut v. Credit One Bank (JAMS Arbitration)..
161. Brad Larsen v. Credit One Bank (JAMS Arbitration)..
162. Sarah Lawhead v. Credit One Bank (JAMS Arbitration)..
163. Gary Lawrence v. Credit One Bank (JAMS Arbitration)..
164. Timothy Levis Johnson v. Credit One Bank (JAMS Arbitration)..
165. Kemisha Levy v. Credit One Bank (JAMS Arbitration)..
166. Benjamin Lewis v. Credit One Bank (JAMS Arbitration)..
167. Jackie Likovic v. Credit One Bank (JAMS Arbitration)..
168. Lorenzo Lockwood v. Credit One Bank (JAMS Arbitration)..
169. Cathy Loreto v. Credit One Bank (JAMS Arbitration)..
170. Dawn Lowery v. Credit One Bank (JAMS Arbitration)..
171. Issac Lowery v. Credit One Bank (JAMS Arbitration)..
172. Leslie Malina v. Credit One Bank (JAMS Arbitration)..
173. Torre Mason v. Credit One Bank (JAMS Arbitration)..
174. Michael McDevitt v. Credit One Bank (JAMS Arbitration)..
175. Maya Christian McKeever v. Credit One Bank (JAMS Arbitration)..
176. Linda McNeal v. Credit One Bank (JAMS Arbitration)..
177. Amanda McNeill v. Credit One Bank (JAMS Arbitration)..
178. James McPartland v. Credit One Bank (JAMS Arbitration)..
179. Janice Metzger v. Credit One Bank (JAMS Arbitration)..
180. Dawn and Anthony Mighaccio v. Credit One Bank (JAMS Arbitration)..
181. Adriane Miles v. Credit One Bank (JAMS Arbitration)..
182. Keith Miller v. Credit One Bank (JAMS Arbitration)..
183. Dixie Dawn Moore v. Credit One Bank (JAMS Arbitration)..
184. Sabrina Moore v. Credit One Bank (JAMS Arbitration)..
185. Estefany Morel v. Credit One Bank (JAMS Arbitration)..
186. Juan Moreno v. Credit One Bank (JAMS Arbitration)..
187. Michelle Morgan v. Credit One Bank (JAMS Arbitration)..
188. Darlene Morrison v. Credit One Bank (JAMS Arbitration)..
189. Bobbie Murray and Random Booth v. Credit One Bank (JAMS Arbitration)..
190. Charlene Myers v. Credit One Bank (JAMS Arbitration)..
191. Denise Myers v. Credit One Bank (JAMS Arbitration)..
192. Rebecca Naylor v. Credit One Bank (JAMS Arbitration)..

193. Sharon Neville v. Credit One Bank (JAMS Arbitration)..
194. Jessanna Nunnery (Mitchell) v. Credit One Bank (JAMS Arbitration)..
195. Anthony Ogline v. Credit One Bank, N.A. and Midland Funding, LLC (JAMS Arbitration)..
196. Agnes Ousley v. Credit One Bank (JAMS Arbitration)..
197. Kaitlyn Peace v. Credit One Bank (JAMS Arbitration)..
198. Thomas Piner v. Credit One Bank (JAMS Arbitration)..
199. Melissa Prieto v. Credit One Bank (JAMS Arbitration)..
200. Heather Pyle v. Credit One Bank (JAMS Arbitration)..
201. Nathan Quick v. Credit One Bank (JAMS Arbitration)..
202. Nikola Radojkovic v. Credit One Bank (JAMS Arbitration)..
203. Jessica Rainey v. Credit One Bank (JAMS Arbitration)..
204. Tyrone Randolph v. Credit One Bank (JAMS Arbitration)..
205. Derek Reid v. Credit One Bank (JAMS Arbitration)..
206. John Reyes v. Credit One Bank (JAMS Arbitration)..
207. Rich Richardson v. Credit One Bank (JAMS Arbitration)..
208. Deborah Ristoff v. Credit One Bank (JAMS Arbitration)..
209. David Robertson v. Credit One Bank (JAMS Arbitration)..
210. Heather Robertson v. Credit One Bank (JAMS Arbitration)..
211. Ryan Romero v. Credit One Bank (JAMS Arbitration)..
212. Kathy Rupp v. Credit One Bank (JAMS Arbitration)..
213. Camilla Sammons v. Credit One Bank (JAMS Arbitration)..
214. Paul Schaferling v. Credit One Bank (JAMS Arbitration)..
215. Christopher Shirley v. Credit One Bank (JAMS Arbitration)..
216. Jerryd Shoda v. Credit One Bank (JAMS Arbitration)..
217. Martha Gabriela Silva Canales v. Credit One Bank (JAMS Arbitration)..
218. Jay Simon v. Credit One Bank (JAMS Arbitration)..
219. Melissa Simpson v. Credit One Bank (JAMS Arbitration)..
220. Delisa Sims v. Credit One Bank (JAMS Arbitration)..
221. Gween Sims v. Credit One Bank (JAMS Arbitration)..
222. Bridgette Fretz v. Credit One Bank (JAMS Arbitration)..
223. Christine Sokoloski v. Credit One Bank (JAMS Arbitration)..
224. Kyle Sorensen v. Credit One Bank (JAMS Arbitration)..
225. Paula Spivey v. Credit One Bank (JAMS Arbitration)..
226. Joshua Stack v. Credit One Bank (JAMS Arbitration)..
227. Anturuan Stallworth v. Credit One Bank (JAMS Arbitration)..
228. Rebecca Stanley v. Credit One Bank (JAMS Arbitration)..
229. Alisha Stewart v. Credit One Bank (JAMS Arbitration)..
230. Helen Stuber v. Credit One Bank (JAMS Arbitration)..
231. Pamela Swanson v. Credit One Bank (JAMS Arbitration)..
232. Shannon Taylor v. Credit One Bank (JAMS Arbitration)..
233. Angie Teneyck v. Credit One Bank (JAMS Arbitration)..
234. Stephanie Thornton v. Credit One Bank (JAMS Arbitration)..
235. Connie Tolbert v. Credit One Bank (JAMS Arbitration)..
236. Tamara Tuggle v. Credit One Bank (JAMS Arbitration)..
237. Leo Underhill v. Credit One Bank (JAMS Arbitration)..
238. Megan Veraldi v. Credit One Bank (JAMS Arbitration)..
239. Samantha Walters v. Credit One Bank (JAMS Arbitration)..
240. Brenda Walton v. Credit One Bank (JAMS Arbitration)..

241. Thomas Watson v. Credit One Bank (JAMS Arbitration)..
242. Anita Welch v. Credit One Bank (JAMS Arbitration)..
243. Trisha West v. Credit One Bank (JAMS Arbitration)..
244. Jill Williams v. Credit One Bank (JAMS Arbitration)..
245. Marie Wills v. Credit One Bank (JAMS Arbitration)..
246. Joy Wilson v. Credit One Bank (JAMS Arbitration)..
247. Christy Wineinger v. Credit One Bank (JAMS Arbitration)..
248. Sean Woodburn v. Credit One Bank (JAMS Arbitration)..

249. *Michelle Robertson v Navient Solutions, Inc*., Case No.: 8:17-cv-01077-RAL-MAP (M.D. Fla. Tampa)
250. *Cynthia Davis v Conn Appliances*, Case No.: 01-0000-9774 (American Arbitration Association)
251. *Tonya Erin Stevens v Conn Appliances*, Inc., Case No. 01-16-0003-2324, (American Arbitration Association)
252. *Aaron Manopla and Evelyn Manopla v Home Depot USA, Inc,* Case No.: 3:15-cv-01120-PGS-TJB (District of N.J.)
253. *Laticia Lewis v Ocwen Loan Serivicing, LLC*, Case No.: 17-cv-01104-WJM-KHR (D. Colo.)
254. Mirella Covarrubias v Ocwen Loan Serivcing, LLC, Case No.: 5:17-cv-00904-FMO-SP (C.D. Calif.)..
255. Gregory Franklin v Ocwen Loan Servicing, LLC, Case No.: 3:17-CV-02702-JST (N.D. Calif.)..
256. Richard Quinones v Ocwen Loan Servicing, LLC, Case No.: 2:17-cv-03526-DDP-FFM (C.D. Calif.)..
257. Susan Embree v Ocwen Loan Servicing, LLC, Case No.: 2:17-CV-00156-JLQ (E.D. Wash.)..

258. *John Herrick v Godaddy.com, LLC*, Case No.: 2:16-cv-00254-DJH (D. Ariz.)
259. *Teresa Caserez v Credit One Bank, N.A.*, Case No.: 140003908 (JAMS Final hearing)
260. *Johnnie Williams, Jr. v Conn Appliances, Inc., Case* No.: 01-17-0001-5149 (American Arbitration Association - Final Hearing)
261. *Steve Bartolone and Karen Bartolone v OCWEN LOAN SERVICING, LLC*, Case No.: 8:17-cv-00821-JLS-JDE (C.D. Calif.)
262. *James Hunter v Navient Solutions, LLC,* Case No.: 1460004086 (JAMS Arbitration)
263. Edith Wright v Conn Appliances, Inc., Case No.: 01-17-0006-8865 (American Arbitration Association)…
264. Brian Dennis v Conn Appliances, Inc., Case No.: 01-17-0006-3428 (American Arbitration Association)…
265. Wavely Jacobs v Conn Appliances, Inc., Case No.: 01-17-0006-1673 (American Arbitration Association)…
266. *Lilly, Catherine v Citigroup Inc. d/b/a Citi*, Case No.: 01-0001-9107 (American Arbitration Association)
267. *Raul Vargas v Conn Appliances*, Case No.: 01-17-0000-4085 (American Arbitration Association)
268. *Lina Trivedi v Web Bank and Bluestem Brands, Inc. d/b/a Fingerhut*, Case No.: 01-18-0000-2860 (American Arbitration Association - Final Hearing)
269. *Sara Diaz-Lebel v TD Bank USA, N.A.; and Target Corporation*, Case No.: 0:17-cv-05110-MJD-BRT (D. Minn.)

270. *Karl Critchlow v Sterling Jewelers Inc. d/b/a Jared Galleria of Jewelers, Inc.,* Case No.: 8:18-cv-00096-JSM-JSS (M.D. Fla. Tampa Division)
271. *Latonja Anderson v Credit One Bank,* Case No. 1440005234 (JAMS Arbitration – final hearing)
272. *Sandra Harris v Credit One Bank, N.A.,* Case No.: 144005582 (JAMS Arbitration - Final Hearing)
273. *Deborah Clark v FDS Bank and Department Stores National Bank*, Case No.: 6:17-cv-00692-CEM-TBS (M.D. Fla. - Evidentiary Hearing)
274. *Shanica Spencer v Conn Appliances, Inc*., Case No.: 01-17-0007-5670 (American Arbitration Association)
275. *Thomason Max v Conn Appliances, Inc*., Case No.: 01-18-0001-9880 (American Arbitration Association – final hearing)
276. *Harold Allen v First National Bank of Omaha*, Case No.: 3:18-CV-1216-RDM (M.D. Pa.)
277. *Debra Womack v Credit One Bank, N.A.*, Case No.: 1260004369 (JAMS Arbitration – Final Hearing)
278. *Nancy Carlin v Navient Solutions, LLC*, Case No.: 1:19-cv-00491-LMB-TCB (E.D. Virginia)
279. *Adam Lieberman v Credit One Bank*, Case No. 1425025196 (JAMS ARBITRATION - Final Hearing)
280. *Karen Saunders v Dyck O'Neal, Inc*., Case No.: 1:17-cv-00335 (W.D. Mich. Southern Division)
281. *Benjamin Tarshish v Comcast Corporation*, Case No.: 01-19-0000-0815 (American Arbitration Association - Final Hearing)
282. *Aaron Williams v Pillpack, LLC*, Case No.: 3:19-cv-05282-RBL (W.D. Wash.)
283. *Michael Mendell v American Medical Response, Inc*., Case No.: 3:19-cv-01227-BAS-KSC (S.D. Calif.)
284. *April Parchman v SLM Corporation, Navient Corporation, Navient Solutions Inc. f/k/a Sallie Mae Inc., and Sallie Mae Bank*, Case No.: 2:15-cv-02819-JTF-cgc (W.D. Tenn. Western Division)
285. *Marcell Hernandez and Wayne Wollertz v Conn Appliance, Inc*., Case No.: 01-19-0002-0468 (American Arbitration Association)
286. *Newton v Conn Appliances, Inc*. (American Arbitration Association – Evidentiary hearing)
287. *Catherine Palmer v KCI USA, Inc*., Case No.: 4:19-cv-03084-JMG-MDN (D. Nebr. Lincoln Division)
288. *Esther Censor v HSBC Bank USA, N.A*., Case No.: 01-19-0004-6145 (American Arbitration Association – Final hearing)
289. *Tammy King Thomas v Conn Appliances, Inc*., Case No.: 01-18-0004-5860 (American Arbitration Association)
290. *Michelle Hinds v FedEx Ground Package System, Inc*., Case No.: 4:18-cv-01431-JSW (N.D. Calif.)

**2020-Present Director of Administration and Information Technology**
   **All Hands Brewing Company, LLC**
- Setting Administrative and IT budgets
- Establishing, administering, and securing computer and network systems.
- Install and administer and all software including PoS, HR, Payroll.

- Establishing, administering, and securing all web services including mail services and web services.
- Establishing and maintaining the security system.
- Setting up and maintaining audiovisual equipment, including televisions and music system.
- Build, install, and administer VoIP PBX phone system.

**2013-Present  Founder**
   **Hansen Legal Technologies, Inc., San Diego, CA**
- Established and incorporated Hansen Legal Technologies, Inc. in 2013
- Developed operating procedures for computer forensic examinations.
- Developed proper protocols in preserving electronic evidence and following chain of custody.
- Provided Forensic services for clients for class action, civil, and other consumer cases.
- Oversee all discovery phase of cases.
- Assist counsel in interrogatories, depositions, and meet and confer meetings.
- Participated in Meet and Confer, 26f conferences and misc pre-trial meetings.
- Assisted counsel in developing litigation strategies in cases
- Assisted counsel in preparing discovery including interrogatories and document requests
- Assisted counsel in evaluating responses to interrogatories and document requests
- Assisted counsel in witness examination in depositions.
- Prepaired declarations for Class Certifications, and for Motions for Summary Judgement.

**2007-2013      Co-Founder**
   **Hansen and Levey Forensics, Ft Lauderdale, FL**
- Established and incorporated Hansen & Levey Forensics, Inc. in 2007
- Established secure forensics laboratory for the San Diego office.
- Developed operating procedures for computer forensic examinations.
- Developed proper protocols in preserving electronic evidence and following chain of custody.
- Provided Forensic services for clients for class action, employment, civil, domestic, and juvenile cases.
- Oversee all discovery phase of cases.
- Assist counsel in interrogatories, depositions, and meet and confer meetings, and preparation for sanction hearings against opposing counsel and parties.
- Participated in Meet and Confer, 26f conferences and misc pre-trial meetings.
- Assisted counsel in developing litigation strategies in cases
- Assisted counsel in preparing discovery including interrogatories and document requests
- Assisted counsel in evaluating responses to interrogatories and document requests
- Assisted counsel in witness examination in depositions
- Performed on site acquisitions.
- Participated in mediation sessions.
- Provided Expert Testimony in Craig Casey vs. Valley Center Insurance Agency Inc.

**2000-2016      Owner**
   **Pns724 San Diego, CA**
- Provided complete IT solutions for hundreds of businesses and individuals including network design, configuration, forensics, and data recovery.
- Set up and maintained 864 line outbound call center with numerous auto dialers and predictive dialers.  Maintained call lists, and DNC lists used to place hundreds of millions of calls over a five year period.

- Installed hundreds of POTS lines, "Turned up" at least 38 T1's and PRI's.
- Investigated numerous network security breaches for various business.
- Implemented secure network solutions for medical practices to balance accessibility with HIPAA regulations.

**2006    Volunteer**
   **San Diego Regional Computer Forensics Laboratory (FBI sponsored computer forensics Lab)**
- Built several forensic machines with large fiber channel RAID assemblies for use in the field.
- Installed and configured systems for mobile laboratory
- Provided support in all areas from taking in evidence to calling case agents to pick up their evidence from finished cases gaining valuable experience in evidence handling.

**2004-Present  Systems Analyst**
   **Amsec San Diego, CA / Lateott Bremerton, WA / HP Enterprise Services / DXC Technologies / Perspecta**
- Provided ATM and Ethernet fiber connectivity for secure and unsecured DOD networks.
- Troubleshot fiber connectivity issues on shore and ship facilities.

**2000-2004     Director of Training/ IT Director**
   **Laptop Training Solutions, San Diego, CA**
- Provided Intrusion detection, incident response, and forensic services in a continuing effort keep the network and workstations secure.
- Planned, designed, and implemented network security for vital network services for 4 facilities, that were heavily attacked by varying methods, saving the company hundreds of thousands of dollars.
- Performed security risk assessment, performed IT control audits, developed countermeasures and provided a security policy to insure confidentiality, integrity and availability of resources.
- Performed Gap Analysis of existing systems and desired systems and migrated from Windows 2000 DNS and Exchange 2000 servers to Linux servers running Postfix and BIND to provide a more scalable network for 4 facilities providing the company the means to achieve a 450% growth.
- Planned, installed and maintained several school networks involving numerous Domain Controllers, UNIX servers, print servers, multiple nodes and routers.
- Installed and programmed Nortel phone system improving the company's ability to handle calls.
- Planned, organized and instructed computer certification courses including Microsoft Certified Systems Engineer (NT4.0, Win2000 MCSE, 2003 MCSE), Cisco (CCNA), A+, N+, Linux+, I-Net+, Security+, MOUS and   Web Page Design (HTML, Javascript, DHTML, Flash 4, Flash 5, Fireworks3, Photoshop 5) resulting in hundreds of certified students.
- Provided students with a hands on training environment involving networks with  Multiple Windows NT and Windows 2000 Domain Controllers, several workstations (Windows 95,98,NT,ME, and 2000 Professional), Novell, Unix, and Exchange Servers, and Cisco routers.
- Planned, organized and instructed a corporate training environment for TCP/IP which included addressing, standards, troubleshooting, subnetting, routing and Frame Relay
- Provided long distance support via telephone to hundreds of MCSE students throughout the country.

- Managed other instructors on training techniques for the MCSE, CCNA, Linux+, A+, Security+ and Network + courses providing a consistent system of training in all facilities.

**1998-2000     Electronic Test Technician 3**
**Action Instruments, San Diego, CA**
- Tested various types of electronics for industry and signal conditioning.
- Troubleshot and documented nearly 10,000 component level repairs.
- Assisted in improvements to the manufacturing process.
- Identified problems in product design and provided solutions to correct the problems.

**1996-1997     Network, Computer and Computer Monitor Technician /Instructor**
**United States Navy, Shore Intermediate Maintenance Activity, San Diego, CA**
- Installed and connectorized fiber optic computer networks throughout Naval Station San Diego and North Island.
- Provided network troubleshooting and management for large scale mission-critical DoD networks with over 600 nodes, routers, and servers.
- Provided upgrades, maintenance, troubleshooting, security, and repair of personal computers for 600 station LAN and the US Pacific Fleet.
- Troubleshot and repaired over 100 computer monitors to component level without technical manuals.
- Increased successful monitor repair from 10% to 95%.
- Trained shop personnel on computer monitor troubleshooting and repair.
- Researched parts, materials and techniques for Computer Monitor repair.
- Developed curriculum and instructed monitor troubleshooting and repair for the Navy Microcomputer Repair course.

**1993-1996     Electronics Technician / Computer Technician**
**United States Navy, USS Mahlon S. Tisdale (FFG-27), Combat Systems Division.**
- Provided incident response and performed forensic type of services for 36 computers following Employee sabotage.
- Troubleshot and maintained Harris 300 AN/UYK-62(V) mini-mainframe, running Vulcan OS, and all terminals
- Troubleshot, maintained, and upgraded hardware and software for 36 shipboard computers.
- Identified security threats, and developed countermeasures for computer systems on board.
- Troubleshot, repaired and maintained – at component level - various Univac systems making up a complex network of computers used in communications, navigation, and weapons guidance.
- Assisted in planning and running work center.

**1990-1992     Radio, Television, VCR Technician**
**LBJ Television, Wheat Ridge, CO**
- Performed component level troubleshooting of televisions, VCRs, and stereos.
- Performed in home repair of televisions.
- Introduced the repair of CD players to the company.
- Provided technical support to customers over the telephone.
- Handled customer service issues related to television repair.

**CERTIFICATIONS:**

Since starting my career, I have obtained certifications in MCP 4.0, A+, Network+, MCP 2000, MCSA, MCSE, Linux+, I-Net+, Security+, CIW Security Analyst.

I was certified by Bureau For Private Postsecondary And Vocational Education, in the States of California and Oregon, as an Instructor for Computer Installation and Repair Technology, Computer Systems Networking and Telecommunications, Micro Computer Applications, Microsoft, Windows, Excel in relation to my work at Laptop Training Solutions.

**GUEST APPEARANCES:**

- Featured in Microsoft Redmond Magazine Sep 2007
- Computer Talk 760 KFMB San Diego, CA
- Computer Bits KBNP 1410AM and KOHI 1600 Portland, OR
- San Diego Profiler 760 KFMB San Diego, CA

**PUBLIC POSITIONS:**

**June 2012-Jan 2017  Board Member, Spring Valley Community Planning Group**

Elected board member of the Spring Valley Community Planning Group from April 2012 to Present. The purpose of the group is to advise the San Diego County Department of Planning and Land Use, the Planning Commission and the Board of Supervisors on matters of planning and land use affecting Spring Valley south of Highway 94. Members are volunteers and locally elected representing the interests of the people of Spring Valley. Items heard by the group include but are not limited to: Site Plans, Signs, Roads & Infrastructure, Parks & Recreation, Lot Splits, 2nd Dwelling Units, Day Care, Alcohol License, Tree Removal, Re-Zones.

**EDUCATION:**
2006    Access Data Forensic Toolkit
        San Diego Regional Computer Forensics Laboratory, San Diego, CA
2006    Guidance Software Encase Forensic Suite
        San Diego Regional Computer Forensics Laboratory, San Diego, CA
2005    E-discovery – Why Digital is different – by Craig Ball
        San Diego County Bar Association, San Diego, CA
2003    Security: Hardening MS Windows 2000 Server Family, IIS and Exchange 2000 Servers
        CBI Systems Integrators, San Diego, CA
1996    Navy Standard Microcomputer Repair
        PRC Inc., San Diego, CA
1996    Fundamentals of Total Quality Management/ Team Skills and Concepts
        Shore Intermediate Maintenance Activity, San Diego, CA
1993    AN/SPS-55 Surface Search Radar
        Service School Command, San Diego, CA
1993    Advanced Electronics School, Communication Systems and Radar Systems
        Naval Training Center, Great Lakes, IL
1992    Electronic Theory
        Naval Training Center, Orlando, FL
1990-1991     Radio, Television, VCR Repair

Warren Occupational Technical Center, Golden, CO
1989-1990     Electronic Theory
Warren Occupational Technical Center, Golden, CO
1991   Columbine Sr. High School, Littleton, CO

**SECURITY CLEARANCE:**  Secret