IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEWART SMITH & FRED HEIDARPOUR,** *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*<br><br>v.<br><br>**VISION SOLAR LLC, and DOES 1 – 10,** *INCLUSIVE AND EACH ONE OF THEM* | **CIVIL ACTION**<br><br>**NO. 20-2185** |

### ORDER RE: DEFENDANT'S MOTION TO STRIKE PLANTIFFS' EXPERT REPORT AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**AND NOW,** this 20th day of April, 2022, upon consideration of Defendant Vision Solar LLC's Motion to Strike Plaintiffs' Expert Report of Jeffrey A. Hansen (ECF 42), Plaintiffs Stewart Smith and Fred Heidarpour's Motion for Class Certification (ECF 32), and related filings (ECF 33, 34, 41, 43, 44, 45, 47, 51, 54, 55), as well as the evidentiary hearing on March 1, 2022, and for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion to Strike is **DENIED**.

2. Regarding Plaintiffs' Motion for Class Certification, the parties shall confer and submit a joint proposed order regarding additional discovery on the issue of agency, to include the type of discovery to be conducted and how much time should be allowed. The joint proposed order shall be filed no later than April 27, 2022. If the parties cannot agree to a joint proposed order, each party shall file a proposed order, no later than April 27, 2022.

BY THIS COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**