IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEWART SMITH & FRED HEIDARPOUR,** *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*<br><br>v.<br><br>**VISION SOLAR LLC, and DOES 1 – 10,** *INCLUSIVE AND EACH ONE OF THEM* | **CIVIL ACTION**<br><br>**NO. 20-2185** |

## ORDER

**AND NOW, TO WIT:** This 16th day of March, 2023, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk of Court shall mark this case **CLOSED**.

**GEORGE WYLESOL**, Clerk of Court

**BY:** /s/ Lori K. DiSanti

Lori K. DiSanti
Deputy Clerk